IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BOBBY LEE HENDERSON, #101943, | ) |
| DANIEL ODOM, #108776, | ) |
| EARNEST F. PLATT, #128625, | ) |
| JERRE CHATOM, #114060, | ) |
| HAROLD GILMORE, #164756, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:20-CV-1042-WHA |
| | ) |
| JEFFERSON DUNN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The individuals listed above as plaintiffs are inmates presently confined at the Fountain Correctional Center.  These inmates filed this 42 U.S.C. § 1983 complaint challenging the constitutionality of the denial of parole.  However, the Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley*, *et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001).  Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action.  *Id*.  Accordingly, it is

ORDERED that this case proceed with Bobby Lee Henderson as the sole plaintiff.  The Clerk is hereby DIRECTED to:

1.  Open a separate civil action for each of the other inmates listed as a plaintiff in the complaint.

2. Strike the *informa pauperis* applications filed herein by inmate Danny Odom from the file in this case and place it in the case opened for inmate Odom.

3.  Place a copy of the complaint in each newly opened case.

4.  Assign the newly opened case to a District Judge and Magistrate Judge in the normal docketing process.

DONE this 21st day of December, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE