IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **HAROLD GILMORE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:20cv1057-MHT |
| ) | (WO) |
| **JEFFERSON DUNN, et al.,** ) | |
| ) | |
| Defendants. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit seeking to challenge matters associated with parole proceedings. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with the orders of the court and to prosecute this action. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of March, 2021.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**