IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
HAROLD GILMORE,              )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        2:20cv1057-MHT
                             )            (WO)
JEFFERSON DUNN, et al.,      )
                             )
     Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) This lawsuit is dismissed without prejudice for plaintiff's failures to comply with the orders of the court and to prosecute this action.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of March, 2021.

                                     /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE